Anna Sundberg, Appellee, v. Ayres Boal, Sr. et al.,
Defendants.
Appeal of Jean Andre Gourguechon, Appellant.

Gen. No. 42,231.

opinion filed
June 30, 1943. Tenney, Sherman, Rogers & Guthrie, for appellant;
William W. Miller and J. Robert Raleigh, of counsel; Rosenthal,
Eldridge, King & Robin, for appellee; Willard L. King and George W.
Gale, of counsel. Opinion by JUSTICE KILEY. ''Not to be published
in full.''